UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEATHERLEE YORTY,
    Plaintiff,

v.                                            Case No. 1:19-cv-476

EQUIFAX, INC.,                      HONORABLE PAUL L. MALONEY
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 27, 2020, Plaintiff filed a Motion for Default Judgment (ECF No. 18). On March 16, 2020, Defendant filed a Motion for Summary Judgment (ECF No. 19). Both matters were referred to the Magistrate Judge, who issued a Report and Recommendation on May 14, 2020, recommending that this Court deny Plaintiff's motion, grant Defendant's motion, and terminate the action. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 24) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Default Judgment (ECF No. 18) is DENIED.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 19) is GRANTED.

A Judgment will be entered consistent with this Order.

Dated: June 8, 2020                                                   /s/  Paul L. Maloney
                                                                                 Paul L. Maloney
                                                                                 United States District Judge