UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEATHERLEE YORTY,

    Plaintiff,

v.

                Case No. 1:19-cv-476

EQUIFAX, INC.,

                HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendant and against Plaintiff.

Dated: June 8, 2020                                                   /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           United States District Judge